UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC CARLISLE, | Case Nos. 2:24-cr-00007-RFB-BNW-1<br><br>**ORDER FOR TRANSFER AND REASSIGNMENT** |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC CARLISLE, | 2:24-cr-00008-JAD-MDC-1 |

     On January 10, 2024, the U.S. District Court for the District of Nevada accepted transfer of jurisdiction of a supervision matter for the above-named defendant, Eric Carlisle, in Case No. 2:24-cr-00007-RFB-BNW-1. ECF No. 2. The case was assigned to the Honorable Richard F. Boulware, United States District Judge. On January 24, 2024, the U.S. District Court for the District of Nevada accepted transfer of jurisdiction for another supervision matter involving the same defendant, Eric Carlisle, in Case No. 2:24-cr-00008-JAD-MDC-1. ECF No. 2. The case was assigned to the Honorable Jennifer A. Dorsey, United States District Judge.

     Under Local Rule 42-1(b), and in the interests of judicial economy, a court(s) may transfer or consolidate a case before the same district and/or magistrate judge. The presiding district judges in the aforementioned cases have determined that these cases are related and that good cause exists to transfer and reassign Case No. 2:24-cr-00008-JAD-MDC-1 to the Honorable Richard F. Boulware, United States District Judge, for all further proceedings.

///

**IT IS THEREFORE ORDERED** that the Clerk of Court **TRANSFER and REASSIGN** Case No: 2:24-cr-00008 to the Honorable Richard F. Boulware, United States District Judge, for all further proceedings. All future filings shall reflect case number as 2:24-cr-00008-RFB-MDC-1.

Dated: February 13, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE