RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Eric Carlisle

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC CARLISLE,<br><br>　　　　　Defendant. | Case Nos. 2:24-00007-RFB-MDC<br>　　　　　　2:24-00008-RFB-MDC<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Eric Carlisle, that the Revocation Hearing currently scheduled on July 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Some of the conduct alleged in the petition is being litigated in state court. The trial in state court is set to begin June 27, 2024. The resolution of that case may affect the parties' negotiations in this matter.

2.      United States Probation Officer Javier Muruato will be unavailable on July 1, 2024.

3.      Counsel for the defendant is unavailable July 11, 2024, through July 15, 2024.

4.      The defendant is out of custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC CARLISLE,<br><br>          Defendant. | Case No. Case Nos. 2:24-00007-RFB-MDC<br>                                 2:24-00008-RFB-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 1, 2024 at 10:00 a.m., be vacated and continued to August 20, 2024 at 10:45 a.m.

DATED this 25th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3