AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC CARLISLE | **\*AMEDED JUDGMENT IN A CRIMINAL CASE**<br><br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   2:24-cr-00007-RFB-MDC-1<br>USM No. 19514-111<br><br>LaRonda Martin, Assistant Federal Public Defender<br>Defendant's Attorney |

## THE DEFENDANT:

☐   admitted guilt to violation of condition(s) _____ of the term of supervision.

☑   was found in violation of condition(s) count(s)   see below_____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| [53]-4 | Must Answer Truthfully | 11/05/2025 |
| [53]-5 | Do Not Commit Another Crime | 11/05/2025 |
| [53]-6 | No Alcohol | 11/05/2025 |
| [53]-7 | Work Full Time | 11/05/2025 |

The defendant is sentenced as provided in pages 2 through _____5_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑   The following alleged violation(s)   ____all remaining____   are Dismissed by Motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.



02/10/2026
Date of Imposition of Judgment

Signature of Judge

Richard F. Boulware, II          United States District Judge
Name and Title of Judge

02/17/2026
Date

\*Condition 10 on page 5; corrected to reflect no alcohol for 365 days as stated in Court.

AO 245D (Rev. 09/20)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __5__

DEFENDANT:  ERIC CARLISLE
CASE NUMBER:  2:24-cr-00007-RFB-MDC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Time Served

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐  a.m.   ☐  p.m.   on  _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on  _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT:   ERIC CARLISLE
CASE NUMBER:   2:24-cr-00007-RFB-MDC-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

24 months

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/20)    Judgment in a Criminal Case for Revocations
                        Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___5___

DEFENDANT:    ERIC CARLISLE
CASE NUMBER:    2:24-cr-00007-RFB-MDC-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. ~~If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.~~
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the specific risks posed by your criminal record and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the specific risks posed by your criminal record.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245D (Rev. 09/20)    Judgment in a Criminal Case for Revocations
Sheet 3D — Supervised Release

Judgment—Page __5__ of __5__

DEFENDANT:  ERIC CARLISLE
CASE NUMBER:  2:24-cr-00007-RFB-MDC-1

## SPECIAL CONDITIONS OF SUPERVISION

1. Substance Abuse Treatment – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. Drug Testing – You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed 104 tests per year. You must not attempt to obstruct or tamper with the testing methods.

3. No Alcohol – You must not use or possess alcohol.

4. Cognitive Behavioral Treatment – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

5. Access to Financial Information – You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

6. Debt Obligations – You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

7. No Contact – You must not communicate, or otherwise interact, with Modest Estella Freeman Jones, either directly or through someone else, without first obtaining the permission of the probation office.

8. No Gang Affiliation – You must not communicate, or otherwise interact, with any known member of the Landry Crew, Money Team Gang, or any other gang, without first obtaining the permission of the probation officer.

9. Search and Seizure – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

10. Remote Alcohol Detection / Soberlink– The person under supervision must participate in the Remote Alcohol Detection Program for *365 days and must abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or the officer.

11. No Driving- You shall not drive for a period of 365 Days

12. Home Confinement with Location Monitoring – You will be monitored by the form of location monitoring technology (GPS) for a term of 365 days. You are restricted to your residence every day from 10:00 p.m. to 7:00 a.m. or as directed by the probation officer  for the first 180 days.

14. Community Service - You must complete 650 hours of community service within 24 Months.  Work will apply.

15. Status Conference - You must report to the Court for a status conference on April 14, 2026 at 12:15 p.m.

16. Weekly Report - You must supply in writing, a weekly report of your work or community service schedule of at least 20 hours weekly. The first report is due on 2/23/2027.