RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_penn@fd.org

Attorney for Eric Carlisle

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC CARLISLE,

Defendant.

Case Nos. 2:24-cr-00007-RFB-MDC
2:24-cr-00008-RFB-MDC

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Eric Carlisle, that the Revocation Hearing currently scheduled on October 16, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss the allegations with the defendant.

2. The continuance would allow the parties to confer regarding a potential resolution and for defense counsel to discuss any pertinent information with the defendant.

3. Defense counsel has an state evidentiary hearing on November 9, 2026.

4. The parties agree to a continuance.

5. Mr. Carlisle is in custody and agrees to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Dawn A. Penn</u>*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By *<u>/s/ Steven Rose</u>*
STEVEN ROSE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC CARLISLE,<br>Defendant. | Case Nos. 2:24-cr-00007-RFB-MDC<br>2:24-cr-00008-RFB-MDC<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 16, 2026, at 12:15 p.m., be vacated and continued to **December 1, 2026 at 9:30: a.m.**

DATED this 15th day of October, 2026.



UNITED STATES DISTRICT JUDGE